UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 19 CR. 225 (RBW) |
| v. | : | |
| AHMED KHIDIR EL KHEBKI | : | |
| Defendant. | : | |

NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court and all parties herein, shall take notice that the undersigned is entering an appearance as counsel in this matter pursuant to an appointment under the Criminal Justice Act:

Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF, to, MLARS Trial Attorneys Shai Bronthtein and Jonathan Baum, United States Department of Justice, 1400 New York Avenue, N.W.. Washington, D.C. this 2nd day of January 2022.

*Robert Feitel*

_____
Robert Feitel