UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 19 CR. 225 (RBW) |
| v. | : | |
| AHMED KHIDIR EL KHEBKI | : | |
| Defendant. | : | |

**DEFENDANT'S SUPPLEMENTAL NOTICE IN OPPOSTIO TO GOVERNMENT'S MOTION TO REVOKE PRE-TRIAL RELEASE**

In advance of the Court hearing scheduled for today, undersigned brings to the Court's attention an additional matter that bears on the issue of pre-trial detention in this case. The Government's investigation of alleged fraud at the Kuwait Ministry of Health identified a person named Sarah Kassem as a participant in the conspiracy. A criminal complaint was filed against her in case 15 MJ 161 (GMH), charging her with money laundering and wire fraud. Kassem subsequently fled the United States to avoid capture. The case docket reveals that the Government subsequently dismissed the Complaint, so that Kassem could voluntarily return to the United States. See DE 4. Various investigative reports provided in discovery reveal that Kassem was not arrested upon her return to the United States. More importantly, undersigned was able to consult with her defense attorney yesterday and he confirmed that the case against Kassem was re-brought in the Superior Court of the District of Columbia and then dismissed.

This sequence of events raises serious questions about: (1) the strength of the Government's case (as this was the second prosecution dismissed by the Government); and (2) the disparate treatment with respect to pre-trial release.

Undersigned advised the Government of his intent to file this pleading earlier today. Counsel will be prepared to respond to any questions the Court may have about this additional information.

        Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF, to, MLARS Trial Attorneys Shai Bronthtein and Jonathan Baum, United States Department of Justice, 1400 New York Avenue, N.W.. Washington, D.C. this 2nd day of February 2022.

*Robert Feitel*

_____
Robert Feitel