UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 19-225-1 (RBW) |
| AHMED KHIDIR EL KHEBKI, | ) |
| Defendant. | ) |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on April 21, 2022, it is hereby

**ORDERED** that, with the consent of the government and the defendant, the time from April 21, 2022, until August 26, 2022, is excluded under the Speedy Trial Act, in light of the need for defense counsel to receive and review additional discovery from the government. It is further

**ORDERED** that, on August 26, 2022, at 9:00 a.m., the parties shall appear before the Court for a further status hearing, via videoconference.

**SO ORDERED** this 21st day of April, 2022.

REGGIE B. WALTON
United States District Judge