**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO: 1:19CR225-1 |
| | ) | |
| Plaintiff, | ) | Violation: |
| | ) | |
| v. | ) | 18 U.S.C. § 1956(h): |
| | ) | Conspiracy to Launder Money |
| AHMED KHIDIR EL KHEBKI, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE**
**DEFENDANT AHMED EL KHEBKI'S SENTENCING DATE**

COMES NOW, plaintiff United States of America, and requests that the Court continue defendant Ahmed Khidir El Khebki's ("Defendant") sentencing hearing from January 17, 2024 at 9:30 AM to March 21, 2024 at 10:30 AM.  In support of its request, the United States submits the following:

1.      On November 30, 2023, the parties appeared for Defendant's sentencing hearing. During the hearing, Defendant requested that the Court continue the hearing to give him additional time to call witnesses.  Although the United States had its witnesses present and was prepared to continue with the hearing, the Court granted Defendant's request and continued his sentencing hearing to January 17, 2024 at 9:30 AM.  The Court advised the parties that they could request a continuance of the hearing date should they have a conflict with the new hearing date.

2.      After the Court adjourned Defendant's sentencing hearing, the United States learned of a conflict with the new January 17, 2024 sentencing date.  The United States conferred with its witnesses, Defendant, and the Court and learned that they are all available on March 21,

2024 at 10:30 AM to proceed with Defendant's sentencing.

      3.     The United States has conferred with Defendant about this request for a continuance.  Defendant does not oppose the request.

      For these reasons, the United States requests that the Court continue Defendant's sentencing hearing from January 17, 2014 at 9:30 AM to March 21, 2024 at 10:30 AM.

Date: January 10, 2024

              Respectfully submitted,

              MARGARET A. MOESER, ACTING CHIEF
              MONEY LAUNDERING AND ASSET RECOVERY SECTION

By: *Jonathan Baum*
              JONATHAN T. BAUM
              Senior Trial Attorney
              SHAI BRONSHTEIN
              Trial Attorney
              Money Laundering and Asset Recovery Section
              United States Department of Justice
              1400 New York Avenue, NW
              Bond Building, Suite 900
              Washington, DC  20005
              Telephone: (202) 514-1263
              Email: jonathan.baum@usdoj.gov
                    shai.bronshtein@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of January 2024, I caused a copy of the

foregoing motion to be served by the Court's electronic case filing system on Defendant's

counsel:

Robert Feitel
Attorney and Counselor
Email: rf@rfeitellaw.com

*Jonathan Baum*
Jonathan T. Baum
Senior Trial Attorney, Criminal Division
Money Laundering and Asset Recovery Section
United States Department of Justice