UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 19-225-1 (RBW) |
| ) | |
| AHMED KHIDIR EL KHEBKI, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the United States' Unopposed Motion to Continue Defendant Ahmed El Khebki's Sentencing Date, ECF No. 86, and for good cause shown, it is hereby

**ORDERED** that the United States' Unopposed Motion to Continue Defendant Ahmed El Khebki's Sentencing Date, ECF No. 86, is **GRANTED**. It is further

**ORDERED** that the sentencing currently scheduled for January 17, 2024, is **CONTINUED** to March 21, 2024, at 10:30 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 10th day of January, 2024.

REGGIE B. WALTON
United States District Judge