UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 19 CR. 225 (RBW) |
| v. | : | |
| AHMED KHIDIR EL KHEBKI | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO**
**CONTINUE SENTENCING DATE**

Defendant Ahmed El Khebki respectfully moves this Court to continue the sentencing date in this case, currently scheduled for March 21, 2024, for approximately two weeks, to April 2, 2024, at 2:00 p.m., a date which chambers indicated is consistent with the Court's schedule. The defense is requesting the additional time because undersigned's recent work schedule (which included two jury trials in the United States District Court for the District of Columbia since January 24, 2024) did not permit the defense sufficient time to professionally prepare for the upcoming sentencing. Among the tasks that undersigned counsel was not able to complete, was locating and effecting service of process on one of the co-conspirators in this case, Wael Seik.

The Government does not oppose the requested continuance. [1]

---

[1] The Government asked undersigned to advise the Court that:

> the government does not oppose the motion to continue the hearing until April 2, 2024, but wishes the Court to be aware that the primary reason for the continuance is to provide Mr. El Khebki with additional time to locate and serve Mr. Sedik, and that if the defense successfully serves Mr. Sedik, the government believes that Mr. Sedik, who is not currently represented by counsel, needs court-appointed counsel to represent him at the sentencing hearing. This belief extends to any other witnesses who were part of the embezzlement scheme or may have criminal exposure and who Mr. El Khebki intends to call at the sentencing hearing.

1

An appropriate Proposed Order is attached hereto for the Court's consideration.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF, to, MLARS Trial Attorneys Shai Bronthtein and Jonathan Baum, United States Department of Justice, 1400 New York Avenue, N.W.. Washington, D.C. this 15th day of March, 2024.

*Robert Feitel*

_____
Robert Feitel

2